**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| First National Insurance Company of Americ a/s/o/Aunt Martha's Youth Service, Plaintiff, v. Jansma Construction Company | FILED: MAY 08, 2008<br>08CV2655   LCW<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

First National Insurance Company of America a/s/o Aunt Martha's Youth Service Center

| | |
|---|---|
| NAME (Type or print)<br>Jeffrey C. Calabrese | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffrey C. Calabrese | |
| FIRM<br>Cozen O'Connor | |
| STREET ADDRESS<br>222 S. Riverside Plaza, Suite 1500 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277213 | TELEPHONE NUMBER<br>(312) 383-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |