IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA as subrogee of AUNT MARTHA'S YOUTH SERVICE CENTER,<br><br>        Plaintiff,<br><br>v.<br><br>JANSMA CONSTRUCTION COMPANY,<br><br>        Defendant. | FILED: MAY 08, 2008<br>08CV2655   LCW<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE NOLAN<br><br><br>CIVIL ACTION NO.:<br><br>**JURY DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT NON-GOVERNMENTAL CORPORATE PARTIES

Plaintiff First National Insurance Company of America, as subrogee of Aunt Martha's Youth Service Center, by its undersigned attorneys, and for their Notification of Affiliates pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

i) First National Insurance Company is a wholly owned subsidiary of Safeco Insurance Companies.

ii) Safeco Insurance Companies consists of the companies below.

    American Economy Insurance Company
    American States Insurance Company
    American States Insurance Company of Texas
    American States Lloyds Insurance Company
    American States Preferred Insurance Company
    First National Insurance Company of America
    General Insurance Company of America
    Insurance company of Illinois
    Safeco Insurance Company of America
    Safeco Insurance Company of Illinois

Safeco Insurance Company of Indiana
Safeco Insurance Company of Oregon
Safeco Lloyds Insurance Company
Safeco National Insurance Company
Safeco Surplus Lines Insurance Company

Respectfully Submitted,

First National Insurance Company
as subrogee of Aunt Martha's Youth
Service Center


By:   s/Jeffrey C. Calabrese
      One of Its Attorneys

Jeffrey C. Calabrese
COZEN O'CONNOR
222 South Riverside plaza
Suite 1500
Chicago, Illinois 60606
Tel: (3120 382-3100
Fax: (312) 382-8910


CHICAGO\618585\1  142886.000