AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

First National Insurance Company of America
a/s/o Aunt Marth's Youth Service Center
              Plaintiff,

V.

Jansma Construction Company
              Defendant.

CASE NUMBER: 08CV2655

ASSIGNED JUDGE: JUDGE HOLDERMAN
MAGISTRATE JUDGE NOLAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Jansma Construction Company
24362 S. State Line Road
Crete, Illinois 60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Calabrese
Cozen O'Connor
222 S. Riverside Plaza, Ste. 1500
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 8, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                      *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
CASE NUMBER. 016 2008-CV-002655       001        WILL COUNTY SHERIFF'S OFFICE
------------------------------------------------------------ATTORNEY------------
                                                 ANDREW J. CARNEY
FIRST NATIONAL INS. CO.                          222 S. RIVERSIDE PLAZA
     -VS-                                        CHICAGO, IL
JANSMA CONSTRUCTION CO.

============ DESCRIPTION ============ ========== ATTEMPTED SERVICES =========
                                            DATE         TIME        BADGE #
SUMMONS & COMPLAINT
                                           5-14-08      12:10         1040
ISSUED:  5/13/08    EXPIRES:   6/08/08     5-15-08      11:55         1040
FEES:    74.00      EVC/DEP:

======== PERSON TO BE SERVED ========

JANSMA CONSTRUCTION COMPANY              NOTES:
24362 S. STATE LINE ROAD     N OF
CRETE, IL                    EXCHANGE
                                                                      5-14
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____ .(date)

(C) X SERVICE ON: ___ CORPORATION X COMPANY ___ BUSINESS by leaving a COPY OF THE X SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED: ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: JANSMA CONSTRUCTION

SERVING ADDRESS: 24362 S. STATE LINE ROAD

WRIT SERVED ON: GLASOW NORMA         RELATIONSHIP: SEC/MANAGER
SEX F (M/F)   RACE W   DOB 11-20-48

THIS 16 DAY OF MAY 20 08 TIME 09:45 HOURS

PAUL J. KAUPAS, SHERIFF, BY _____RAM_____ DEPUTY # 1040

REMARKS: _____

MAG81341354