# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

FIRST NATIONAL INSURANCE COMPANY OF AMERICA
as subrogee of AUNT MARTHA'S YOUTH SERVICE CENTER
                Plaintiff,

v.

JANSMA CONSTRUCTION COMPANY,
                Defendant.

Case Number: 08-cv-2655

Judge Holderman

Magistrate Judge Nolan

APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JANSMA CONSTRUCTION COMPANY**

| (A) | (B) |
|---|---|
| SIGNATURE  s/ Harlene G. Matyas | SIGNATURE |
| NAME  Harlene G. Matyas | NAME |
| FIRM  Tribler Orpett & Meyer, P.C. | FIRM |
| STREET ADDRESS  225 W. Washington Street, Suite 1300 | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, Illinois 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  312-201-6400   FAX NUMBER  312-201-6401 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS  hgmatyas@tribler.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  1796879 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☒   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☒   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |