527.23123-34/12

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA as subrogee of AUNT MARTHA'S YOUTH SERVICE CENTER, | Case No. 08-cv-002655 |
| Plaintiff, | Judge James F. Holderman |
| vs. | Magistrate Judge Nan R. Nolan |
| JANSMA CONSTRUCTION COMPANY, | |
| Defendant. | |

## NOTICE OF MOTION

On the 10th day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James F. Holderman, or any judge sitting in Room 2541 of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, and shall present defendant's Motion For Leave to File Its Motion to Dismiss Plaintiff's Complaint, Instanter.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

By: _____s/ Harlene G. Matyas_____
One of the attorneys for Defendant

Harlene G. Matyas – ARDC# 1796879
Brian M. Morris – ARDC# 6252424
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the defendant's Motion For Leave to File Its Motion to Dismiss Plaintiff's Complaint, Instanter, was served upon:

> Jeffrey Charles Calabrese
> Cozen O'Conner
> 222 S. Riverside Plaza, Suite 1500
> Chicago, IL 60606
> jcalabrese@cozen.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the _____ day of June, 2008, with proper postage prepaid.

                                                  s/ Harlene G. Matyas
                                                  _____
                                                  an Attorney