## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| First National Insurance Company of America | |
| | Plaintiff, |
| v. | Case No.: 1:08−cv−02655 |
| | Honorable James F. Holderman |
| Jansma Construction Company | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

MINUTE entry before the Honorable James F. Holderman: Defendant's motion for leave to file its motion to dismiss [9] is granted. On defendant's motion to dismiss [11], response due by 8/11/2008; reply due by 9/2/2008. The Court to rule electronically. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.